**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARACELY MARINELARENA, *Petitioner*, v. MERRICK B. GARLAND, Attorney General, *Respondent*. | No. 14-72003 Agency No. A095-731-273 ORDER |

On Remand from the Supreme Court of the United States

Filed April 16, 2021

Before:  Sidney R. Thomas, Chief Judge, and A. Wallace Tashima, Susan P. Graber, William A. Fletcher, Marsha S. Berzon, Johnnie B. Rawlinson, Jay S. Bybee, Milan D. Smith, Jr., Sandra S. Ikuta, Paul J. Watford and Michelle T. Friedland, Circuit Judges.

Order

**ORDER**

The Supreme Court has remanded this case to the en banc court. *See Wilkinson v. Marinelarena*, 2021 WL 850613 (U.S. Mar. 8, 2021).

The case is further remanded to the three-judge panel "for further consideration in light of *Pereida v. Wilkinson*," 141 S. Ct. 754 (Oct. 4, 2020).